UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICK KELLETT, JOHN O'MARA MARK COLLOM, ELMO O'NEILL, MARK MORGAN, MICHAEL C. JARRELL, JAMES MURPHY, JOHN EILERMAN, JOSEPH BEETZ, ROBERT C. MITCHELL, in their representative capacities as trustees of the Plumbers and Pipefitters Welfare Educational Fund, the Plumbers and Pipefitters Pension Fund and the Plumbers and Pipefitters Local 562 Supplemental Pension Plan and Trust, PLUMBERS AND PIPEFITTERS LOCAL 562, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | No.  4:10-CV-120 CAS |
| v. | ) ) | |
| WOFFORD BROS. SERVICES, INC., d/b/a Wofford Bros. Plumbing Serives, Inc., and PACE MECHANICAL, INC., d/b/a Wofford Bros. Plumbing, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**DEFAULT JUDGEMENT**

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED ADJUDGED AND DECREED** that judgment is entered in favor of plaintiffs and against defendants Pace Mechanical, Inc. and Wofford Bros. Services, in the amount of Seventy Thousand Eight Hundred Twelve Dollars and Eighty-Four Cents ($70,812.84) for delinquent contributions, Four Thousand One Hundred Sixty Dollars ($4,160.00) in liquidated damages, Six Thousand Seven Hundred Twenty Dollars and Ninety-Nine Cents ($6,720.99) in union dues owed, Fifteen Thousand Two Hundred Twenty-Seven Dollars and Thirty-Six Cents

($15,227.36) in interest, and One Thousand Seven Hundred Thirty Dollars and Twenty-Five Cents ($1,730.25) in attorneys' fees and costs, for a total amount of Ninety-Eight Thousand Six Hundred Fifty-One Dollars and Forty-Four Cents ($98,651.44).

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 20th day of April, 2011.